# Court of Appeals
# of the State of Georgia

ATLANTA, February 15, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0888. QUATTRO REALTY, INC. v. PACES FUNDING, LLC.**

Quattro Realty, Inc., filed suit against Paces Funding, LLC. Kelvin Gray filed a motion to intervene in the case, and the trial court denied the motion to intervene. On April 29, 2021, the trial court dismissed the suit. Gray filed a notice of appeal "on behalf of Quattro Realty, Inc." On October 8, 2021, the trial court dismissed the notice of appeal. Gray filed another notice of appeal "on behalf of Quattro Realty, Inc." on November 9, 2021. Paces Funding has moved to dismiss the appeal.

Pretermitting Gray's standing to appeal, we agree with Paces Funding that his notice of appeal is untimely. To be timely, a notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). The notice of appeal here is untimely, as it was filed 32 days after entry of the order Gray seeks to appeal. Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/15/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , *Clerk.*